| | | |
|---|---|---|
| CAAP–13–00 01149 | | |
| 30415 | Phillips v. Godbout | Affirmed |

### April 8, 2014

| | | |
|---|---|---|
| CAAP–12–00 00690 | State v. Jones | Affirmed |

### April 9, 2014

| | | |
|---|---|---|
| CAAP–13–00 01700 | Rideout v. State | Affirmed |

### April 17, 2014

| | | |
|---|---|---|
| CAAP–13–00 00093 | Fanelli v. State | Affirmed |

### April 22, 2014

| | | |
|---|---|---|
| CAAP–12–00 01115 | State v. Ruis | Affirmed |